■ MILTON S. JENNINGS et al., Respondents, v. FOREMOST DAIRIES, INC., et al., Appellants.— Order of March 3, 1959, granting plaintiff leave to substitute to the complaint a complete copy of the document referred to in the complaint as Exhibit "B", in lieu of the document attached thereto as Exhibit

"B", unanimously affirmed, with $20 costs and disbursements to the respondents. Order of March 3, 1959, granting plaintiffs' motion for judgment dismissing the counterclaim in the answer of the defendants, unanimously affirmed, with $20 costs and disbursements to the respondents. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.